FILED

AUG 02 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARREN CHAKER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LEESA FAZAL,<br><br>　　　　　　　　Defendant. | Case No.: 16cv1872-CAB-BLM<br><br>**ORDER** |
|---|---|

Plaintiff's Ex Parte Application to file the Complaint Under Seal, and request to file the Complaint under seal is GRANTED. The Clerk of the Court is directed to file both the Ex Parte Application and Complaint under seal.

IT IS SO ORDERED.

Dated: 8/1/16

Hon. Cathy Ann Bencivengo
United States District Judge

1

16cv1872-CAB-BLM