# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Darren Chaker v. Leesa Fazal, et al.**   Case Number: **16-cv-1872-CAB-(BLM)**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

The Court has reconsidered its earlier decision to seal this case in its entirety and has concluded that the strong presumption in favor of accessing judicial records warrants its **UNSEALING**. The only documents that will remain under seal are the Complaint and Plaintiff's requests for IFP status and appointment of counsel. [Doc. Nos. 1, 2, 10, 14.] Moving forward, if any party wishes to file a document under seal they shall file a motion requesting leave to do so.

Date: July 31, 2017                                        Initials: NOD