UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CHAKER,<br><br>                           Plaintiff,<br>v.<br>LEESA FAZAL, et al.,<br>                           Defendants. | Case No.: 16cv1872-CAB-BLM<br><br>**ORDER FOR ENTRY OF FINAL JUDGMENT** |

On July 27, 2017, the Court granted Defendants' unopposed motions to dismiss and gave Plaintiff up to an including August 17, 2017, to file an amended complaint. [Doc. No. 50.] The deadline passed without Plaintiff amending and the civil case was terminated. The Clerk of Court shall ENTER final judgment and CLOSE the case.

**IT IS SO ORDERED.**

Dated: April 26, 2018

                                           Hon. Cathy Ann Bencivengo
                                           United States District Judge