

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darren Chaker | Civil Action No. 16-cv-01872-CAB-BLM |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On July 27, 2017, the Court granted Defendants' unopposed motions to dismiss and gave Plaintiff up to an including August 17, 2017, to file an amended complaint. The deadline passed without Plaintiff amending and the civil case was terminated. The Clerk of Court shall ENTER final judgment and CLOSE the case. It Is So Ordered.

Date:     4/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez

J. Gutierrez, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16-cv-1872-CAB-BLM

Leesa Fazal, in her personal capacity and in her official capacity as an employee with the Attorney General of the State of Nevada; Adam Paul Lexalt, in his official capacity as the Attorney General of the State of Nevada; North Las Vegas, City of; Alexander Perez, in his official capacity as the Chief of Police of the North Las Vegas Police Department; Mary D. Scarff, in her official capacity as Police Records Supervisor for the North Las Vegas Police Department; David J. Sultzbaugh, in his official capacity as Chief of the United States Probation Officer;  Elizabeth Simons, in her individual and official capacity as an employee of the United States Probation Office; Sean Quinta, in his individual and official capacity as an employee of the United States Probation Office; Carlos Hernandez, in his individual and official capacity as an employee of the United States Probation Office; Does 1-50