Darren Chaker
1140 Wall Street #77
La Jolla, Ca 92038
DarrenChaker@Gmail.com
213/915-6804

NUNC PRO TUNC
April 25, 2018

FILED
May 04 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ joanag  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARREN CHAKER,

    Plaintiff,

vs.

LEESA FAZAL, et. al.

    Defendants.

Case No.: 16cv1872-CAB (BLM)

EX PARTE APPLICATION TO SEAL EMERGENCY EXPARTE MOTION TO SEAL

[L.R. 79.2]

    COMES NOW DARREN CHAKER, Petitioner, and files this Exparte Application to file the attached Emergency Motion to Seal under seal.

**I.  GOOD CAUSE EXISTS TO SEAK THE EMERGENCY MOTION TO SEAL UNDER SEAL SINCE IT DISCLOSES SEALED COURT AND POLICE RECORDS, MEDICAL RECORDS, AND A PENDING CRIMINAL FEDERAL INVESTIGATION INTO A FEDERAL AGENT.**

    Post dismissal this honorable court reconsidered its prior order sealing the entire record. Plaintiff was not notified of the order allowing for unsealing, presumably since it is natural for the parties to receive notice electronically. A cursory review of the docket in this case reveals several items discloses (1) a pending federal investigation where Plaintiff assembled numerous records to be turned over to federal prosecutors and two FBI agents; (2) reference to exhibits containing medical records; (3) reference to the fact plaintiff receives SSI which denotes the existence of a medical disability; and (4) reference to records in which the Hon. Larry A. Burns orders sealed or stricken from the record subsequent to petitions for revocation being dismissed or withdrawn.[1]

---

[1] *See* Exhibit 1, and/or Docket for SD CA Case 3:15-cr-07012-LAB,

1

After this honorable court reviews the attached motion, Plaintiff respectfully requests the court order this application and emergency motion to seal to be filed under seal since disclosing either would jeopardize Plaintiff's safety, as well as his right to privacy.

## **CONCLUSION**

Plaintiff requests this honorable Court grant this application by ordering the Clerk of the Court to file under seal:

1. the instant motion be sealed since it discloses detailed information about confidential records;
2. The attached emergency motion to seal; and
3. The proposed order to seal records, and if granted the order granting the sealing of records.

DATED: 4/23/18

Respectfully submitted,



Darren D. Chaker
Plaintiff

---

06/16/2015 57 ***DOCUMENT STRICKEN PER JUDGE LARRY ALAN BURNS ON 2/01/2016, PER MINUTE ENTRY #87*** Modified on 2/2/2016 to strike document (kas). (kas). (Entered: 06/16/2015)

06/10/2015 55 ****DOCUMENT STRICKEN PER TEXT ORDER, DOCUMENT #68**** MOTION for Order Redaction by Darren David Chaker. (Attachments: # 1 Memo of Points and Authorities)(Trimble, Kimberly) (kas). Modified on 6/23/2015 to strike document (kas). (Entered: 06/10/2015)



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

USA

                **Plaintiff,**

V.

Darren David Chaker

                **Defendant.**

**FILED**

2015-06-16

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:          K. Sellars , Deputy

**Civil No.** 15cr07012-LAB

## STRICKEN DOCUMENT:
Petition for Warrant or Summons

**Per Order #**    **87**