# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Darren Chaker v. Leesa Fazal, et al.**   Case Number: **16-cv-1872-CAB-(BLM)**

Hon. Cathy Ann Bencivengo   Ct. Deputy Lori Hernandez   Rptr Tape: n/a

On May 4, 2018, the Court issued a Discrepancy Order that permitted Plaintiff's Emergency Ex Parte Motions to Seal to be filed nunc pro tunc to date received. [Doc. 63] The Court has considered Plaintiff's request [Doc. No. 64] and concludes that although sealing the entire docket is not justified, certain documents do contain sensitive information that warrant their sealing. As a consequence, it is hereby ORDERED that documents 3, 4, 18, 31, 35, 36, 53 and 65 are to be **SEALED** in their entirety.

Date: May 4, 2018                                                                                           Initials: NOD