# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Cathy Ann Bencivengo

| FROM: J. Gutierrez, Deputy Clerk | RECEIVED DATE: June 18, 2018 |
|---|---|
| CASE NO. 16-cv-01872-CAB-BLM | DOC FILED BY: Darren Chaker |
| CASE TITLE: Chaker v. Fazal et al | |
| DOCUMENT ENTITLED: Application to File Motion and Application Under Seal t/w Emergency Ex Parte Motion to Seal Records | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Per Minute Order Doc. No. [70] Filed on 5/09/2018 "Plaintiff is cautioned that this case is CLOSED and any further filings in this matter will be rejected."

Date Forwarded: June 20, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected documents to be returned to pro se or inmate? ☒ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 21, 2018         CHAMBERS OF: The Honorable Cathy Ann Bencivengo

cc: All Parties             By: Lc2